# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JIN ACKERMAN,

    Plaintiff

v.

S. ROMAN, et al.,

    Defendants

Case No.: 2:25-cv-02006-JAD-BNW

**Order**

This action was one of several cases resolved in a global settlement conference on March 5, 2026. (ECF No. 7.) At that time, the court ordered that a stipulation for dismissal be filed by May 4, 2026.

No stipulation for dismissal was filed, and on May 20, 2026, the court issued an order that the parties file the stipulation for dismissal no later than June 22, 2026. (ECF No. 8.)

Again, no stipulation for dismissal has been filed.

The court will give the parties one <u>final</u> opportunity to file the stipulation for dismissal or a status update explaining why the stipulation for dismissal has not been filed. If there is no timely compliance with this Order, the court will issue an order to show cause why the parties should not be sanctioned for failing to comply with the prior orders.

///

///

///

///

///

**CONCLUSION**

The parties have until **July 17, 2026**, to file the stipulation for dismissal or a status update explaining why the stipulation for dismissal has not been filed. If there is no timely compliance with this Order, the court will issue an order to show cause why the parties should not be sanctioned for failing to comply with the prior orders

**IT IS SO ORDERED**.

Dated: July 1, 2026

_____
Craig S. Denney
United States Magistrate Judge

2