**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JIN ACKERMAN,

Plaintiff

v.

S. ROMAN, et al.,

Defendants

Case No.: 2:25-cv-02006-JAD-BNW

**Order**

Pursuant to the representations made at the August 20, 2026 status conference, Defendants shall file the stipulation for dismissal of this action with prejudice on or before **August 31, 2026**.

The Clerk shall kindly **ADD** John Regalia of the Nevada Attorney General's Office to the docket as he appeared on behalf of Defendants at the August 20, 2026 status conference concerning the settlement of this matter and **SEND** him a copy of this Order via email to: jregalia@ag.ng.gov.

**IT IS SO ORDERED**.

Dated: August 20, 2026

Craig S. Denney
United States Magistrate Judge