AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Interested Party, Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIN ACKERMAN,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN, et al.,<br><br>Defendants. | Case No. 2:25-cv-02006-JAD-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 4, 14 |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jin Ackerman (#1189373), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 31st day of August, 2026.

Jin Ackerman, #1189373
*Plaintiff*

DATED this 31st day of August, 2026.

AARON D. FORD
Attorney General

/s/ John Regalia
JOHN REGALIA (Bar No. 16969)
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 4]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: September 3, 2026